IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DANIEL BRET GARGES,

        Plaintiff,

    v.

OREGON DEPARTMENT OF CORRECTIONS;
ERIN REYES; CINDY DIETER; JOE BUGHER;
PATRICK MANEY; WARREN ROBERTS; J.
BIRCH; CAROL SHELTON; EDWARD DOLAN;
KAMLYN AMOS; GREG SHOOK; TERRY
BRISTOL; DR. GARTH GULICK; and
J. DI GIULIO,

        Defendants.

Case No. 2:25-cv-00094-YY

ORDER

**BAGGIO, District Judge:**

Magistrate Judge Youlee Yim You issued a Findings and Recommendation on February 3, 2026, in which she recommends that this Court grant in part and deny in part Defendants' Motion to Dismiss. F&R, ECF No. 59. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 – ORDER

Defendant Roberts filed timely objections to the Magistrate Judge's Findings and Recommendation. Def. Roberts Obj., ECF No. 61. When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered the objections filed by Defendant Roberts and concludes that there is no basis to modify the Findings and Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge You's Findings and Recommendation [59]. Therefore, Defendants' Motion to Dismiss [17] is GRANTED IN PART and DENIED IN PART.

IT IS SO ORDERED.

DATED this 18th day of May, 2026.

AMY M. BAGGIO
United States District Judge

2 – ORDER